```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------x

JOHN DOE,

                Plaintiff,
                                        MEMORANDUM & ORDER
      -against-                         20-CV-6121(EK)(RML)

JACQUES BERMAN WEBSTER II,

                Defendant.

-------------------------------x
```

ERIC KOMITEE, United States District Judge:

Plaintiff "John Doe" filed this complaint against Jacques Berman Webster II, a recording artist who performs under the name Travis Scott. Plaintiff alleges, among other things, that Webster used "mind control tactics" against him at a concert of Webster's in Brooklyn, in an effort to undermine Plaintiff's "debut musical project" called "Lowkey." Plaintiff previously filed similar actions against recording artists Robyn Fenty (Rhianna), *Doe v. Fenty*, 20-CV-2461, and Aubrey Graham (Drake), *Doe v. Graham*, 20-CV-4069, which the Court dismissed in an Order dated October 16, 2020.[1] Order, 20-CV-2461, ECF No. 7; Order, 20-CV-2461, ECF No. 5. For the same reasons stated in the Court's October 16th Order, this fee-paid action is dismissed

---

[1] Plaintiff uses the pseudonym "John Doe" in these lawsuits. However, the complaints in each case are formatted nearly identically and they have similar claims — including that various recording artists are sabotaging Plaintiff's "Lowkey" project. This suggests that the same "John Doe" filed all three lawsuits.

as frivolous.  *Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998) ("An action is frivolous when "either: (1) the factual contentions are clearly baseless, such as when allegations are the product of delusion or fantasy; or (2) the claim is based on an indisputably meritless legal theory.").  In addition, the Court concludes that it would be futile to grant leave to amend.  *See O'Hara v. Weeks Marine, Inc.*, 294 F.3d 55, 69 (2d Cir. 2002) ("[A] district court may deny leave to amend the complaint if the amendment would be futile.").

The complaint is therefore dismissed.  The Clerk of Court is respectfully requested to send a copy of this Memorandum and Order to Plaintiff, enter judgment, and close this case.  In the event that Plaintiff elects to proceed *in forma pauperis* on appeal from this Order, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any such appeal would not be taken in good faith and therefore denies *in forma pauperis* status.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

_/s Eric Komitee_____
ERIC KOMITEE
United States District Judge

Dated:     January 20, 2021
           Brooklyn, New York